UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AMBER KELLEHER, | Case No. 13-cv-05450-MEJ |
|---|---|
| Plaintiff, | |
| v. | **ORDER DIRECTING DEFENDANTS TO FILE CONSENT/DECLINATION FORM** |
| JOHN E. KELLEHER, et al., | |
| Defendants. | |

This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial. In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge Maria-Elena James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

Defendants have not filed written consents to Magistrate Judge MARIA-ELENA JAMES's jurisdiction. The parties also have the right to have their case assigned to a United States District Judge for trial and disposition. Accordingly, Defendants shall inform the court whether they consent to Magistrate Judge Maria-Elena James's jurisdiction or request reassignment to a United States District Judge. Defendants shall each file either a consent or declination form by January 3, 2014. The forms may be found at http://www.cand.uscourts.gov/civilforms.

**PLAINTIFF SHALL SERVE THIS ORDER UPON ALL DEFENDANTS THAT HAVE NOT APPEARED IN THIS ACTION AND FILE PROOF OF SERVICE.**

**IT IS SO ORDERED.**

Dated: December 23, 2013

_____
MARIA-ELENA JAMES
United States Magistrate Judge