UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER KELLEHER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN E. KELLEHER, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-05450-MEJ<br><br>**STATUS RE: DEFENDANT JOHN KELLEHER** |

Although the Clerk of Court issued a summons as to Defendant John Kelleher on November 23, 2014, there is no indication that Plaintiff executed the summons. Further, on January 9, 2014, the Court granted in part and denied in part Defendants John and Alice Dean's Motion to Dismiss and ordered Plaintiff to file an amended complaint by January 30, 2014. Dkt. No. 22. Plaintiff has also dismissed the late Defendant Ann R. Wells. Dkt. No. 16. Accordingly, if she intends to name John Kelleher as a defendant in the amended complaint, the Court ORDERS Plaintiff to file a status report regarding her attempts to complete service of process on him. Plaintiff shall file her report by January 15, 2014.

**IT IS SO ORDERED.**

Dated: January 9, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge