UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER KELLEHER,<br>　　　　Plaintiff,<br>　　v.<br>JOHN E. KELLEHER, et al.,<br>　　　　Defendants. | Case No. 13-cv-05450-MEJ<br>**ORDER VACATING CMC** |

　　This matter is currently scheduled for a Case Management Conference on February 27, 2014. However, as there is a pending Motion to Dismiss, the Case Management Conference and all related deadlines are VACATED. The conference will be rescheduled, if necessary, after any pending motions are resolved.

　　**IT IS SO ORDERED.**

Dated: February 11, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge