UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER KELLEHER,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN E. KELLEHER, et al.,<br><br>    Defendants. | Case No.  13-cv-05450-MEJ<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that, pursuant to Fed.R.Civ.P. 16(b) and Civil L. R. 16-10, a Case Management Conference will be held in this case before the Honorable Maria-Elena James on May 1, 2014 at 10:00 A.M. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by <u>lead</u> trial counsel for parties who are represented.  Parties who are proceeding without counsel must appear personally.

**IT IS FURTHER ORDERED** that no later than 7 calendar days before the Case Management Conference, the parties shall file a Joint Case Management Statement.

Dated: April 8, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge