UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER KELLEHER<br><br>      Plaintiff(s),<br><br>  v.<br><br>JOHN E KELLEHER<br><br>      Defendant(s).<br>_____/ | No. C-13-05450 MEJ (EDL)<br><br>NOTICE OF CONTINUANCE<br>OF SETTLEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for June 25, 2014 at 9:30 AM in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until July 30, 2014 at 9:30 AM.

Settlement Conference statements, if not previously submitted, are due July 21, 2014. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: May 6, 2014

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge