1  Jay D. Adkisson, SBC# 249061
   RISER ADKISSON LLP
2  100 Bayview Circle, Suite 210
   Newport Beach, CA 92677
3  Ph: 949-200-7773
   Fax: 877-698-0678
4  jay@risad.com

5  Counsel for Plaintiff Amber Kelleher

**GRANTED**
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER KELLEHER, an individual, | Case No. 3:13-CV-05450-MEJ |
| Plaintiff, | |
| - vs - | STIPULATION RE: EXTENDING TIME FOR PLAINTIFF TO ADD ESTATE OF ANN ROSE WELLS AS A DEFENDANT RE: ORDER CONTINUING CMC |
| John E. KELLEHER, *et al.*, | |
| Defendants. | (Dkt. #80) |

In accordance with the terms of the settlement agreement between the Plaintiff, Defendants John C. Dean and Alice S. Dean, and the (non-party) Estate of Ann Rose Wells, reached July 31, 2014, and the terms of which were memorialized from the bench by U.S. Magistrate Judge LaPorte, the aforementioned parties[*] hereby stipulate that the deadline for the Plaintiff to add the Estate of Ann Rose Wells as a party defendant shall be extended to August 30, 2014.

RISER ADKISSON LLP
100 Bayview Circle, Suite 210
Newport Beach, CA 92660
Ph: 949-200-7773 Fax: 877-698-0678

*Kelleher v. Kelleher, et al.*
Case No. C 13-05450-MEJ

Stipulation re: Extending Time re: Estate of Wells
Page 1 of 2

1  Respectfully submitted this 1st day of August, 2014, by:

                                          */s/ Jay D. Adkisson*
                                          Jay D. Adkisson
                                          Counsel for Plaintiff Amber Kelleher

                                          */s/ Stephen D. Pahl*
                                          Stephen D. Pahl
                                          Sonia S. Shah
                                          Counsel for Defendants
                                          John C. Dean and Alice S. Dean and the
                                          (Non-Party) Estate of Ann Rose Wells

<u>CERTIFICATE OF SERVICE</u>

This Certifies that the above and foregoing STIPULATION RE: EXTENDING TIME FOR PLAINTIFF TO ADD ESTATE OF ANN ROSE WELLS AS A DEFENDANT RE: ORDER CONTINUING CMC  was filed via CM/ECF and thus by that method served on all counsel of record this 1st day of August, 2014.

                                          /s/ Jay D. Adkisson
                                          Jay D. Adkisson
                                          Counsel for Plaintiff Amber Kelleher

---

[*] Plaintiff's counsel also provided a copy of this Stipulation to counsel herein for the other remaining defendant, John E. Kelleher, by twice e-mailing their counsel, Messrs. Geonetta and Frucht, but has received no reply. This Stipulation does not directly affect defendant John E. Kelleher, and Plaintiff is aware of no reason why defendant John E. Kelleher might object to this Stipulation.

RISER ADKISSON LLP
100 Bayview Circle, Suite 210
Newport Beach, CA 92660
Ph: 949-200-7773 Fax: 877-698-0678

*Kelleher v. Kelleher, et al.*
Case No. C 13-05450-MEJ

Stipulation re: Extending Time re: Estate of Wells
Page 2 of 2