Jay D. Adkisson, SBC# 249061
RISER ADKISSON LLP
100 Bayview Circle, Suite 210
Newport Beach, CA 92677
Ph: 949-200-7773
Fax: 877-698-0678
jay@risad.com

Counsel for Plaintiff Amber Kelleher

**GRANTED**
*Judge Maria-Elena James*

ORDER GRANTING DISMISSAL WITH PREJUDICE OF CLAIMS AS TO DEFS:
JOHN C. DEAN
ALICE S. DEAN
ESTATE OF ROSE WELLS

DATED: 8/27/2014

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER KELLEHER, an individual,<br><br>Plaintiff,<br><br>- vs -<br><br>John E. KELLEHER, *et al.*,<br><br>Defendants. | Case No. 3:13-CV-05450-MEJ<br><br>DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST ONLY DEFENDANTS JOHN C. DEAN AND ALICE S. ("SUSAN") DEAN, AND THE ESTATE OF ANN ROSE WELLS |

Plaintiff, Amber Kelleher, hereby dismisses, with prejudice to refiling, each and all of her claims herein against the following defendants only:

(1) John C. Dean and Alice S. ("Susan") Dean, both individually, and in their capacity as Trustees of the John C. and Alice S. ("Susan") Dean 2008 Revocable Trust;

(3) The Estate of Ann Rose Wells.[1]

---

[1] Technically, as to the Estate of Ann Rose Wells, this dismissal with prejudice is intended to and shall act as an amendment to Plaintiff's Notice of Dismissal Without Prejudice of Ann Rose Wells, Dkt. #16, treating the Estate of Ann Rose Wells as being substituted for then-defendant Ann Rose Wells, and modifying that dismissal to now be with prejudice.

RISER ADKISSON LLP
100 Bayview Circle, Suite 210
Newport Beach, CA 92660
Ph: 949-200-7773 Fax: 877-698-0678

*Kelleher v. Kelleher, et al.*
Case No. C 13-05450-MEJ

DISMISSAL WITH PREJUDICE OF DEFENDANTS DEANS & THE ESTATE OF WELLS        Page 1 of 2

1 Plaintiff's claims against the sole remaining defendant, John E. Kelleher, are **not dismissed**.

2 Respectfully submitted this 27th day of August, 2014, by:

/s/ Jay D. Adkisson
Jay D. Adkisson
Counsel for Plaintiff Amber Kelleher

CERTIFICATE OF SERVICE

This Certifies that the above and foregoing DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS JOHN C. DEAN AND ALICE S. ("SUSAN") DEAN, AND THE ESTATE OF ANN ROSE WELLS was filed via CM/ECF and thus by that method served on all counsel of record this 27th day of August, 2014.

/s/ Jay D. Adkisson
Jay D. Adkisson
Counsel for Plaintiff Amber Kelleher

RISER ADKISSON LLP
100 Bayview Circle, Suite 210
Newport Beach, CA 92660
Ph: 949-200-7773 Fax: 877-698-0678

*Kelleher v. Kelleher, et al.*
Case No. C 13-05450-MEJ

DISMISSAL WITH PREJUDICE OF DEFENDANTS
DEANS & THE ESTATE OF WELLS        Page 2 of 2