UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMBER KELLEHER,

    Plaintiff,

  v.

JOHN E. KELLEHER,

    Defendant.

Case No. 13-cv-05450-MEJ

**ORDER TO SHOW CAUSE**

On December 15, 2014, Plaintiff Amber Kelleher filed a Motion for Leave to File Second Amended Complaint, which is currently scheduled for a hearing on January 22, 2015. Dkt. No. 96. However, Defendant John E. Kelleher failed to file an opposition or statement of nonopposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the motion hearing and ORDERS Defendant to show cause as to: (1) why he failed to file an opposition or statement of nonopposition pursuant to Local Rule 7; and (2) whether, given the timeliness of Plaintiff's motion and the liberal pleading standard under Federal Rule of Civil Procedure 15, he has any objection to Plaintiff's motion. Defendant shall file his response by January 6, 2015. Defendant shall a declaration in response to the first part of this order and comply with Civil Local Rule 7-3 in response to the second. If Defendant files an opposition, Plaintiff shall file any reply by January 15, 2015, after which the Court shall determine if a hearing is necessary. If Defendant files a statement of nonopposition, Plaintiff shall efile the Second Amended Complaint by January 8, 2015.

    **IT IS SO ORDERED.**

Dated: December 30, 2014

MARIA-ELENA JAMES
United States Magistrate Judge