1  Kenneth Frucht, SBN 178881
2  Frederick J. Geonetta, SBN 114824
   Geonetta & Frucht LLP
3  100 Montgomery Street, 16th Floor
   San Francisco, CA 94104
4  Telephone: (415) 392-4844
   Facsimile: (415) 392-7973
5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12  AMBER KELLEHER,              ) CASE NO. CV 13-5450
                                 )
13         Plaintiff,             )      ddd
                                 )
14         v.                     )      D
                                 ) FIRST REVISED STIPULATION AND
15  JOHN E. KELLEHER, et al,     ) (~~PROPOSED~~) ORDER CONTINUING
                                 ) DEADLINES FOR DISCOVERY AND
16         Defendants.            ) DISPOSITIVE MOTIONS  (L.R. 6-2 and 7-12)
                                 )
17  ─────────────────────────

18                           **STIPULATON**

19      WHEREAS, Plaintiff has conducted extensive written discovery and started taking

20  deposition testimony;

21      WHEREAS, it has become clear to the parties that additional discovery is necessary,

22  including the scheduling and taking of several depositions of important out-of-state witnesses that

23  must be taken in the State of Montana;

24      WHEREAS, the Montana depositions must accommodate the schedules of the out-of-state

25  witnesses;

26      WHEREAS, the parties are in agreement that the necessary discovery cannot be completed

27  before the current discovery cutoff and therefore wish to request the Court to extend the deadline for

28  close of discovery from the current March 10, 2015 to April 30, 2015;

**Northern Dist. Court Case No. 13-5450**

1

1  WHEREAS, the parties have cleared a trial date with the Court and are in agreement that the matter should be tried starting on December 14, 2015;

WHEREAS, there have been no previous time modifications in the case, whether by stipulation or Court order;

NOW THEREFOR, the parties declare, stipulate and agree as follows:

1) All discovery shall be completed by April 30, 2015;

2) Any and all dispositive motions must be filed by May 28, 2015

3) The trial and remaining pretrial dates set by the Scheduling Order dated September 30, 2014 (Docket No. 93) shall be modified as follows:

| Event | Date per Scheduling Order dated September 30, 2015 | New schedule |
|---|---|---|
| Close of Discovery | 3/10/2015 | 4/30/2015 |
| Deadline to File Dispositive Motions | 4/9/2015 | 5/28/2015 |
| Hearing on Dispositive Motions | 5/14/2015 | 7/2/2015 at 10:00 a.m. (Thurs) |
| Exchange of Pre-trial Disclosures | 7/15/2015 | 9/30/2015 |
| Deadline to File Pretrial Conference Statement and Related Disclosures, Motions in Limine, and Trial Briefs and Related Documents | 7/30/2015 | 10/15/2015 |
| Deadline to File Motions in Limine Oppositions | 8/6/2015 | 10/22/2015 |
| Pretrial Conference | 8/20/2015 | 11/5/2015 at 10:00 a.m. (Thurs) |
| Final Pretrial Conference (FPC) | 9/17/2015 | 12/3/2015 at 10:00 a.m. (Thurs) |
| Trial | 9/28/2015 | 12/14/2015 at 9:30 a.m. (Duration: 5 days) (Mon. |

**Northern Dist. Court Case No. 13-5450**

| | |
|---|---|
| Dated: March 9, 2015 | For Plaintiff Amber Kelleher |

By: __ /s/ *Jay D. Adkisson* _____
    Jay D. Adkisson
    Riser Adkisson, LLP

Dated: March 9, 2015     For Defendant John Kelleher

By: __ /s/ *Frederick J. Geonetta* _____
    Frederick J. Geonetta
    Geonetta & Frucht, LLP

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated   March 16, 2015

By: _____
    Maria Elena James
    United States Magistrate Judge

**Northern Dist. Court Case No. 13-5450**

3