1  Kenneth Frucht, SBN 178881
2  Frederick J. Geonetta, SBN 114824
   Geonetta & Frucht LLP
3  100 Montgomery Street, 16th Floor
   San Francisco, CA  94104
4  Telephone:  (415) 392-4844
   Facsimile:   (415) 392-7973

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER KELLEHER, <br><br> Plaintiff, <br><br> v. <br><br> JOHN E. KELLEHER, et al, <br><br> Defendants. | CASE NO. CV 13-5450 <br><br> STIPULATED REQUEST FOR ORDER ENLARGING TIME TO FILE OPPOSITION AND REPLY BRIEFS TO AMBER KELLEHER'S MOTION FOR SUMMARY JUDGMENT AND (PROPOSED) ORDER (L.R. 6-2, et seq.) <br><br> Courtroom:   B, 15th Fl. <br> Judge: Hon. Maria-Elena James <br><br> Action Filed:  November 25, 2013 <br> Trial Date:     None |

WHEREAS, counsel for the Plaintiff Amber Kelleher and Defendant John "Jack" Kelleher, all other parties having been dismissed, have met and conferred regarding the timing of briefing for Amber Kelleher's motion for summary judgment noticed for hearing on July 2, 2015; and

WHEREAS, Plaintiff's moving papers were filed on May 21, 2015, opposition papers are therefore due on Thursday, June 4, 2015, reply is due June 11; and

1

1

2  WHEREAS, the parties agree that it would be in the interest of justice to enlarge the time for filing

3  opposition by one week and the reply briefs by four days; and

4

5  WHEREAS, the parties further agree that no prejudice would result from the proposed change

6

7  WHEREAS, no other change has been requested or made, and the proposed change will have no

8  other effect on the schedule of the case;

9

10  NOW THEREFORE, the parties agree as follows:

11

12  1) Any opposition to Plaintiff's motion for summary judgment currently set to be heard on July 2,

13  2015 shall be filed by June 11, 2015; and

14  2) Any reply shall be filed by June 15, 2015; and

15  3)  There will be no change to the July 2, 2015 hearing date or time..

16

17  Dated: June 3, 2015

                                By:    /s/ *Frederick J. Geonetta*
18                                     FREDERICK J. GEONETTA

19                              By:    /s/ *Jay D. Adkisson*
                                       JAY D. ADKISSON
20

21

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24  Dated:  June 3, 2015

25

26
                                       By: _____
27

28



Stipulation and Order re Enlarging Time to File Opposition and Reply to Summary Judgment
Kelleher v. Kelleher, Norther Dist. Court Case No. 13-5450