UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMBER KELLEHER,

    Plaintiff,

  v.

JOHN E. KELLEHER,

    Defendant.

Case No. 13-cv-05450-MEJ

**ORDER VACATING PRETRIAL AND TRIAL DEADLINES**

The Court hereby **VACATES** all pending pretrial and trial deadlines pending resolution of Plaintiff Amber Kelleher's Motion for Summary Judgment and the Court's Rule 56(f) notice. Dkt. Nos. 109, 130. This Order does not impact Defendant John Kelleher's response deadline to the Rule 56(f) notice, which remains due on August 20, 2015.

**IT IS SO ORDERED.**

Dated: August 17, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge